JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　　V.<br><br>LIGHTHOUSE PHOTONICS INCORPORATED,<br><br>　　　　Defendant(s). | CASE NO. SACV 12-0719-DOC(JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:　March 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge